COASTAL PACIFIC LEGAL GROUP
MARK A. GOLOVACH (SBN 220760)
markg@coastalpacificlegal.com
501 W. Broadway, Suite 800
San Diego, California 92101
Telephone: 619/400-4895 – Facsimile: 619/684-3601

*Attorneys for Plaintiff*
*Ron Lauer*

MORRISON & FOERSTER LLP
REBEKAH KAUFMAN (BAR NO. 213222)
RKaufman@mofo.com
425 Market Street
San Francisco, California  94105-2482
Telephone: 415/268-7000 / Facsimile: 415/268-7522

*Attorneys for Defendants*
*California Commerce Club, Inc.*
*and Commerce Casino*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| RON LAUER, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> CALIFORNIA COMMERCE CLUB, INC., COMMERCE CASINO, and DOES 1-10, inclusive, <br><br> Defendants. | Case No.: 2:10-cv-09909-AHM-(MANx) <br><br> **ORDER APPROVING STIPULATION TO DISMISS CASE** |

- 1 -
ORDER

1  The Court, having reviewed the Stipulation to Dismiss Case, by plaintiff RON LAUER ("Plaintiff") and defendants CALIFORNIA COMMERCE CLUB, INC. ("Commerce Club") and COMMERCE CASINO ("Commerce Casino") (collectively, "Defendants"), filed July 17, 2012, and good cause showing, hereby orders the following:

Plaintiff's individual claims against Defendants shall be dismissed with prejudice, with each party to bear its own fees and costs.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: August 27, 2012

_____
  Honorable A. Howard Matz
  United States District Judge